UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LILIANO ARMINDO PEREZ RAMOS,

                  Plaintiff,

-v-

ACCO BRANDS USA LLC *and* NEW MILL CAPITAL LLC,

                  Defendants.

25 Civ. 4234

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Today, the Court held an initial pretrial conference (IPTC) at which defendant New Mill Capital LLC ("New Mill") failed to appear, despite the Court's orders directing it to do so. *See* Dkts. 19, 23. The Court found, based on its colloquy with counsel for plaintiff Liliano Armindo Perez Ramos and defendant ACCO Brands USA LLC ("ACCO"), that the most efficient course of action is to defer the IPTC for one month to give New Mill further opportunity to appear, both because (depending on its as-yet unascertained citizenship) New Mill's presence in this case could potentially defeat diversity jurisdiction, and because it would be inefficient to proceed with discovery without the participation of all parties.

Accordingly, the Court directs New Mill to do the following:

- Retain counsel and have that counsel file a notice of appearance on ECF;
- File a letter on the docket stating the citizenship of each of its members;
- Confer with Perez Ramos and ACCO to revise the joint letter and proposed case management plan, Dkt. 32, which are to be filed on the docket of this case by December 15, 2025;
- Appear at the telephonic IPTC on December 18, 2025, at 3 p.m.

If New Mill fails to appear in this case, the Court will thereafter entertain a motion for default judgment against New Mill.

Perez Ramos is directed to serve a copy of this order on New Mill forthwith, and in all events by **Wednesday, November 12, 2025**, by service upon the Secretary of State and by delivering a copy to New Mill's business address and sending a copy to New Mill's email address.

The IPTC is hereby adjourned to **December 18, 2025 at 3 p.m.** The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 5, 2025
       New York, New York